UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FRANK SPEARS                                              CIVIL ACTION

VERSUS                                                    NO. 04-2622

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION                         SECTION "J" (5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of any party to file Objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's **Motion for Summary Judgment** (Rec. Doc. 8) and defendant's **Motion for Summary Judgment** (Rec. Doc. 9) are **DENIED**;

**IT IS FURTHER ORDERED** that the matter is hereby **REMANDED** to the Administrative Law Judge for supplementation of the record.

Lafayette, Louisiana, this   28th   day of October, 2005.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE